```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15375
    AVA L BUTLER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3960


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/22/2006 and was confirmed 02/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/26/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ONYX ACCEPTANCE CORP    SECURED VEHIC        7648.00        425.86       7648.00
ONYX ACCEPTANCE CORP    UNSECURED             195.54           .00        195.54
AMERICA ONLINE          UNSECURED          NOT FILED           .00            .00
BANK ONE                UNSECURED          NOT FILED           .00            .00
ENTERPRISE RENT A CAR   UNSECURED                .00           .00            .00
CITIBANK NA             UNSECURED          NOT FILED           .00            .00
CITIBANK NA             UNSECURED          NOT FILED           .00            .00
CITIBANK NA             UNSECURED          NOT FILED           .00            .00
CITIBANK NA             UNSECURED          NOT FILED           .00            .00
CITIBANK NA             UNSECURED          NOT FILED           .00            .00
CITIBANK NA             UNSECURED          NOT FILED           .00            .00
CITY OF CHICAGO PARKING UNSECURED             740.00           .00         740.00
CUSTOMIZED AUTO CREDIT S UNSECURED         NOT FILED           .00            .00
DAVID SHANKER MD        UNSECURED          NOT FILED           .00            .00
ENTERPRISE LEASING      UNSECURED                .00           .00            .00
FIRST NATIONAL BANK OF M UNSECURED         NOT FILED           .00            .00
PREMIER BANKCARD        UNSECURED             645.86           .00         645.86
HERTZ LOCAL EDITION     UNSECURED          NOT FILED           .00            .00
ILLINOIS INSTITUTE OF TE UNSECURED         NOT FILED           .00            .00
NORTHWESTERN MEDICAL FAC UNSECURED         NOT FILED           .00            .00
NORTHWESTERN MEMORIAL HO UNSECURED         NOT FILED           .00            .00
NORTHWESTERN MEMORIAL HO UNSECURED         NOT FILED           .00            .00
PEOPLE MAGAZINE         UNSECURED          NOT FILED           .00            .00
MICHAEL REESE HOSPITAL  UNSECURED                .00           .00            .00
MICHAEL REESE HOSPITAL  UNSECURED          NOT FILED           .00            .00
MICHAEL REESE HOSPITAL  UNSECURED          NOT FILED           .00            .00
PROACTIV SOLUTION       UNSECURED          NOT FILED           .00            .00
PUBLISHERS CLEARING HOUS UNSECURED         NOT FILED           .00            .00
QUICK PAYDAY.COM        UNSECURED          NOT FILED           .00            .00
VILLAGE OF BRIDGEVIEW   UNSECURED          NOT FILED           .00            .00
VILLAGE OF BRIDGEVIEW   UNSECURED          NOT FILED           .00            .00
AT & T BANKRUPCTY       UNSECURED          NOT FILED           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15375 AVA L BUTLER
```

```
ENTERPRISE RENT A CAR      UNSECURED        NOT FILED            .00             .00
TRIBUTE PAYMENT PROCESSI   UNSECURED        NOT FILED            .00             .00
TRIBUTE                    UNSECURED        NOT FILED            .00             .00
UNIVERSITY OF ILLINOIS A   UNSECURED        NOT FILED            .00             .00
VILLAGE OF BRIDGEVIEW      UNSECURED           500.00            .00          500.00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       343.00            .00          343.00
ILLINOIS DEPT OF REVENUE   PRIORITY            106.97            .00          106.97
ILLINOIS DEPT OF REVENUE   UNSECURED            15.30            .00           15.30
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,500.00                       2,500.00
TOM VAUGHN                 TRUSTEE                                             893.97
DEBTOR REFUND              REFUND                                            3,261.72

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  17,276.22

PRIORITY                                            449.97
SECURED                                           7,648.00
    INTEREST                                        425.86
UNSECURED                                         2,096.70
ADMINISTRATIVE                                    2,500.00
TRUSTEE COMPENSATION                                893.97
DEBTOR REFUND                                     3,261.72
                        ---------------     ---------------
TOTALS                   17,276.22               17,276.22
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 02/28/08                /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 06 B 15375 AVA L BUTLER